AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
900 West Temple St.
Apt. 528
Los Angeles, CA 90012

Case No. 19-MJ-133

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___

Date and time issued: 1/16/19 4:00 p.m.

*Judge's signature* — Patrick J. Walsh

City and state: Los Angeles

PATRICK J. WALSH, U.S. MAGISTRATE JUDGE
*Printed name and title*

AUSA: Devon A. Myers ((213) 894-0649)

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 31E-LA-258652 | Date and time warrant executed: 1/23/19 0610 AM | Copy of warrant and inventory left with: WARRANT: BURKS / INVENTORY AT RESIDENCE |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:
Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.

SEE ATTACHED FD 597; RECEIPT FOR PROPERTY.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/2019

*Executing officer's signature*

Aundria Davis Ly (Task Force Officer)
*Printed name and title*

FD-886 (Rev. 4-13-15)  **EVIDENCE COLLECTED ITEM LOG**  Page 2 1 of 2 4 

Print Legibly. More than one line may be used for each item, if necessary.

| Date: 01.23.2019 Location: 900 W. Temple Street Apt. 528 Los Angeles, CA 90012 Preparer/Assistant: Whitman | | | | | |
|---|---|---|---|---|---|
| Personnel: TFO Davis Ly, SA Whitman, SA Farrell, SA Connelly, SA Tripp, SA Cook, TFO Sakae, TFO DeCello, TFO McMary, SA Devine, SA Holeman, SSA Detterline | | | | | |

| ITEM # | DESCRIPTION | ROOM | SPECIFIC LOCATION | COLLECTED BY/OBSERVED BY | PACKAGING METHOD |
|---|---|---|---|---|---|
| 1 | Supreme Freight LLC Operating Agreement | C | Dresser | Connelly/Tripp | |
| 2 | USBank Debit Visa 4317 1992 6943 5756, Preferred Customer, Exp. 09/19; Wells Fargo Instant Issue Debit Card 4342 5628 3482 9572, Wells Fargo Customer, Exp. 09/22; Wells Fargo Instant Issue Debit Card 4342 5749 8015 0877, Wells Fargo Customer, Exp. 07/22 | C | Dresser | Connelly/Tripp | |
| 3 | First Entertainment Credit Union Account Holder Card, Acct. Number 296557; Auction Access ID Card, Darius Burks | B | Wallet in pants | Connelly/McNary | |
| 4 | USBank Debit Visa 4366 1822 6622 9620, Darius Burks, Exp. 10/22; Capital One Visa Spark Business 4802 1388 5161 4602, Darius Burks Perpetual Holdings Inc, Exp. 10/22; Black Visa Debit 4403 9314 4965 7098, Darius D Burks, Exp. 08/23; Golden State Advantage California EBT Card 5077 1903 1062 5104, Burks, Darius; Wells Fargo Platinum Debit Card 4342 5623 1942 4824, Darius D Burks, Exp. 05/23; Wells Fargo Business Platinum Debit 4259 0720 4188 8271, Darius D Burks, Perpetual Holdings, Exp. 12/22; First Entertainment Debit Visa 4474 9410 0292 3468, Darius D Burks, Exp. 01/21 | B | Wallet in pants | Connelly/McNary | |

FD-886 (Rev. 4-13-15)

## EVIDENCE COLLECTED ITEM LOG

Page_2__ of _24_

Print Legibly. More than one line may be used for each item, if necessary.

| | | | | |
|---|---|---|---|---|
| 5 | American Express 3795 942 224 91007, Darius D Burks, Exp. 09/21; Wells Fargo Instant Issue Debit Visda 4342 5628 2894 8479, Wells Fargo Customer, Exp. 12/22; Nordstrom Rewards Darius D Burks, Exp. 11/22; Bank of America Mastercard, Darius D Burks, Exp. 08/20; FedEx Office Stored Value Card | C | Dresser Drawer, in wallet | Devine/Detterline |
| 6 | Wells Fargo Business Platinum Debit 4259 0729 8683 5014, Darius D Burks, Perpetual Holdings, Exp. 11/22; Wells Fargo Platinum Debit Card 4342 5628 3482 9572, Darius D Burks, Exp. 04/23; Business Instant Issue Debit Card 4259 0729 8603 3495, Wells Fargo Business Customer, Exp. 08/22; AT&T Reward Debit Visa 4764 7501 0529 0405, Darius Burks, Exp. 06/30/2019; Wells Fargo Business Debit Visa 4259 0720 4051 1411 Darius Burks, Perpetual Holdings, Exp. 03/22; Check Folio containing First Entertainment Credit Union checks 1001 - 1120, Darius Burks, 1518 E 37th St, Long Beach, CA 90807, Acct. Number 296557802 | A | Counter Drawer | Connelly/Cook |
| 7 | State of California Certificate of Title. 2008 Toyota, VIN# JTLKE50E981050084, Plate Number 6CYE734, Registered Owner: Medina Lydia Montoya, 18501 E Pearl Ave, Orange, CA 92869 | A | Counter Drawer | Connelly/Cook |
| 8 | Wells Fargo Consumer Account Application, Everyday Checking Account Number 1546655950, Savings Account Number 1548559713, Customer: Darius D Burks, 22226 Grace Ave Apt 202D, Carson, CA 90745 | C | Closet | Devine/Connelly |

FD-886 (Rev. 4-13-15)      EVIDENCE COLLECTED ITEM LOG      Page 23 of 24

Print Legibly. More than one line may be used for each item, if necessary.

| # | Description | | Location | Collected by |
|---|---|---|---|---|
| 9 | Temporary Checks, Wells Fargo, Account Number 1546655950; Wells Fargo Check Folio containing checks 101 - 200, Account Number 1546655950, Darius D Burks, 1518 E 37th St, Long Beach, CA 90807 | C | Closet | Devine/Connelly |
| 10 | Receipt for MacBook Pro; copy of California DL D1097494, Burks Darius DaJohn, 22226 Grace Ave Apt 202D, Carson, CA 90745; copy of Social Security card, 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, Darius DaJohn Burks | C | Closet | Devine/Connelly |
| 11 | PD Jewelry Business Card with pick up receipt attached; address of Eric "EJ" Drake, G38921, PO Box 7500, Crescent City, CA 95531 | A | Counter Drawer | Connelly/Cook |
| 12 | Residential Sublease Agreement for 900 W Temple, Apartment 528B, Los Angeles, CA 90012 | E | On top of printer | Tripp/Detterline |
| 13 | MacBook Pro Model A1707, Serial Number: CEO2SRCUAGTFL, with power cord | C | Under Bed | McNary/Detterline |
| 14 | Box containing: Verifone Credit Card Machine, S/N: 330050557; Verifone Credit Card Machine, S/N: 261478477; power cord; credit card receipts | E | Side Closet | Tripp/Detterline |
| 15 | 2 Verifone Credit Card Machines, Model VX520, S/N: 330360737; S/N: 803225281; with power cords | E | TV stand | Tripp/Detterline |
| 16 | Citibank Visa 4338 5760 3676 6346, Tonya May, Exp. 05/19; Fidelity Rewards Visa 4147 2023 6301 6773, Tonya May, Exp. 07/23; Citibank Visa 4147 2023 3271 2981, Tonya May, Exp. 12/22; Santander Visa 4388 5760 3676 6346, Tonya May, Exp. 05/19; HSBC Mastercard 5589 5500 6045 2200, Joann Jones, Exp. 11/19; PNC Bank Visa 4998 5647 9734 1122, Joann Jones, Exp. 11/20 | B | Black Bag | Whitman/McNary |

FD-886 (Rev. 4-13-15)

**EVIDENCE COLLECTED ITEM LOG**

Print Legibly. More than one line may be used for each item, if necessary.

Page 2 4 of 2 4
spc

| | | | | | |
|---|---|---|---|---|---|
| 17 | Tennessee DL Number 810298817, Taylor Cowan, 2620 Forest Hill Irene Rd., Germantown, TN 38139; Texas DL Number 71329215, Tonya May, 550 Timmins Dr., Waskom, TX 75692 | B | | Black Bag | Whitman/McNary |
| 18 | California Vehicle Registration, 2011 Dodge, VIN 2B3CJ5DT4BH569638, Plate Number 6UBV212, Darius DaJohn Burks, 22226 Grace Ave, Apt 202D, Carson, CA | C | | Night Stand | Farrell/McNary |
| 19 | Misc. Vehicle and Title Documents from Infiniti | Infiniti | | Vehicle | Farrell/Cook |
| 20 | Misc. Vehicle and Title Documents from BWM | BMW | | Vehicle | Farrell/Cook |